FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 AUG -2 PM 12: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**UNITED STATES OF AMERICA,**

    Respondent,

    Case No.: 97-20140 D

v.

**CHARLES ROY DEGAN,**

    Petitioner.

---

## ORDER

---

On the docket sheet is Petitioner's Motion for Appointment of Counsel... (Docket No. 176). Upon review of the motion and the entire case record, the court finds that cause does not exist for relief. Accordingly, the motion is DENIED.

**IT IS SO ORDERED** this _1st_ day of _August_, 2005.

                                    BERNICE BOUIE DONALD
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _8/2/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 177 in case 2:97-CR-20140 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT